UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JULIE LEWIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CAUSE NO. 2:06-CV-375 RM |
| ) | |
| ST. MARY MEDICAL CENTER, et al., ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER ADOPTING RECOMMENDATION

On June 1, 2007, the Magistrate Judge ordered Julie Lewis to file an affidavit by June 15 explaining why she didn't appear at a status conference. In that order, the court explained that failure to file the affidavit may result in dismissal of this case pursuant to Federal Rules of Civil Procedure 16(f) and 41(b). On June 18, the defendants filed a motion seeking attorneys' fees based on Ms. Lewis' absence at a June 12 deposition. When Ms. Lewis, who proceeds without benefit of counsel, didn't respond to the court's show cause order or the defendants' motion for fees, the Magistrate Judge entered his report and recommendation in which he recommended the case be dismissed with prejudice and that the defendants' motion for attorneys' fees be granted. The parties had 10 days to file any objections to the recommendation, and those 10 days have passed with no objections being filed. FED R. CIV. P. 72(b).

Accordingly, the court now adopts the Magistrate Judge's report and recommendation [Do. No. 39] and DISMISSES this case WITH PREJUDICE and

GRANTS the defendants' motions for attorneys' fees [Doc. No. 38]. Ms. Lewis is hereby ORDERED to pay attorney's fees in the amount of $1,800.00 representing the time expended in preparation for the June 12, 2007 deposition.

SO ORDERED.

Entered:   July 30, 2007

>        /s/ Robert L. Miller, Jr.
> Chief Judge
> United States District Court

cc: J. Lewis
    J. Daugherty
    N. Thiros/A. Benjamin/S. Bower